# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Rovner, Ilana D. | **2. Court or Organization**<br><br>7th Circuit Court of Appeals | **3. Date of Report**<br><br>06/28/2021 |

| | | |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustees | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Life Member, Board of Directors | Shirley Ryan Ability Lab (Formerly Rehabilitation Institue of Chicago) |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Monthly | Rush Retirement Plan of Deceased Spouse | $10,038.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA Acct #5 (H) | | | | | | | | | |
| 2.   -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 3.   -Fidelity Government Income | A | Dividend | J | T | Sold (part) | 11/27/19 | J | A | |
| 4.   -Fidelity Government Money Mkt | A | Dividend | J | T | | | | | |
| 5.   -Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 11/27/19 | J | A | |
| 6.   -Fidelity Canada | A | Dividend | J | T | Sold (part) | 11/27/19 | J | A | |
| 7.   Trust #1 - Account No. 2 (H) | | | J | T | | | | | |
| 8.   -Schwab Bank | A | Interest | M | T | | | | | |
| 9.   -Schwab Signature Bank | A | Interest | L | T | | | | | |
| 10.  -Sch AMT Tax-Free Money Mt fd (SWWXX) | C | Dividend | M | T | | | | | |
| 11.  -Intel Corp CS | A | Dividend | J | T | | | | | |
| 12.  -Marriott Intl Inc. Cl A CS | D | Dividend | O | T | | | | | |
| 13.  -Medtronic, Inc | A | Dividend | K | T | | | | | |
| 14.  -Buckeye Partners LP | A | Dividend | | | Sold | 11/01/19 | J | | |
| 15.  -Citigroup Inc | A | Dividend | J | T | | | | | |
| 16.  -T Rowe Price Tax Free Short Term Interm | B | Dividend | M | T | | | | | |
| 17.  -Vanguard GNMA Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Advantage S/T Muni Bd Inv | A | Dividend | L | T | | | | | |
| 19. -Teradata Corp0 | A | Dividend | J | T | | | | | |
| 20. -NCR | A | Dividend | J | T | | | | | |
| 21. -Travelers Companies Inc | A | Dividend | J | T | | | | | |
| 22. -Marriott Vacations | A | Dividend | K | T | | | | | |
| 23. -Boeing Co | A | Dividend | K | T | | | | | |
| 24. -Ford Motor Company | A | Dividend | J | T | | | | | |
| 25. -T J X COS, Inc. | A | Dividend | K | T | | | | | |
| 26. -Lockheed Martin | A | Dividend | J | T | | | | | |
| 27. -Schwab Value Advantage: SWVXX | B | Dividend | M | T | | | | | |
| 28. IRA Acct #8 (H) | | | | | | | | | |
| 29. -Schwab Bank | A | Interest | J | T | | | | | |
| 30. -Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 31. -Vanguard GNMA Fund | A | Dividend | M | T | Sold (part) | 02/14/19 | K | | |
| 32. -Vanguard Short Term Invesmt Grade Bond Fd | A | Dividend | K | T | | | | | |
| 33. -TRowe Price New Era Fd | A | Dividend | J | T | | | | | |
| 34. -Sequoia Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cerner | A | Dividend | K | T | | | | | |
| 36. -Citigroup Inc | A | Dividend | K | T | | | | | |
| 37. -Devon Energy Corp | A | Dividend | J | T | | | | | |
| 38. -Dominion EnergyRes Inc va | B | Dividend | K | T | | | | | |
| 39. -Kinder Morgan Inc. | A | Dividend | K | T | | | | | |
| 40. -Pimco Corp Income Fund | C | Dividend | K | T | | | | | |
| 41. -Verizon Communications | A | Dividend | K | T | | | | | |
| 42. -Allergan PLC | A | Dividend | K | T | | | | | |
| 43. -Harbor Bond Fund Inst Cl | A | Dividend | K | T | | | | | |
| 44. -TCW Total Return Bond | A | Dividend | K | T | | | | | |
| 45. -Thompson Bond Fund | A | Dividend | K | T | | | | | |
| 46. -Annaly Capital Mgmt | C | Dividend | K | T | | | | | |
| 47. -Government Ppty Income Tr | A | Dividend | J | T | | | | | |
| 48. -Ishares Iboxx Investment Grade Bond ETF | A | Dividend | J | T | | | | | |
| 49. -Spdr Gold Trust | | None | J | T | | | | | |
| 50. -Blackrock Enhcd Cap & Income | A | Dividend | J | T | | | | | |
| 51. -Visa Inc Cl A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Guggenheim Enhanced Eqty Income Fund | A | Dividend | J | T | | | | | |
| 53. -Schwab Value Advantage SWVXX | A | Interest | L | T | Open | 08/02/19 | L | | |
| 54. Trust #4 (H) | | | | | | | | | |
| 55. -Fidelity Government Money Market (SPAXX) | B | Dividend | L | T | | | | | |
| 56. -Fidelity Municipal Money Market (FTEXX) | C | Dividend | M | T | | | | | |
| 57. -AT&T Inc Com | B | Dividend | K | T | | | | | |
| 58. -Occidental Pete Corp (formerly Anadarko Pete Corp) | A | Dividend | J | T | | | | | |
| 59. -Apple Inc | A | Dividend | L | T | | | | | |
| 60. -Embridge Inc | A | Dividend | J | T | | | | | |
| 61. -Forits In Com ISIN | A | Dividend | J | T | | | | | |
| 62. -Ishares Inc MSCI Canada Index Fd | A | Dividend | K | | | | | | |
| 63. -Pimco Mun Income Fd II | B | Dividend | K | T | | | | | |
| 64. -SPDR Ser Tr Morgan Stanley Tech | A | Dividend | J | T | | | | | |
| 65. -Tata Motors Limited Adr Ea Rep | | None | J | T | | | | | |
| 66. -American Century Inter Term Tax Free Bond (TWTIX) | A | Dividend | K | T | | | | | |
| 67. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | C | Dividend | M | T | | | | | |
| 68. -BMO Intermediate Tax Free | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pimco Total Return Class A (PTTDX) (Converted from Class F2) | A | Dividend | K | T | | | | | |
| 70. -T Rowe Price Tax Free Short Inter (PRFSX) | B | Dividend | L | T | | | | | |
| 71. -Thornburg Strategic Munipal Income C (TSSCX) | B | Dividend | L | T | | | | | |
| 72. -Vanguard GNMA Investor Cl (VFIIX) | A | Dividend | J | T | | | | | |
| 73. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | A | Dividend | L | T | | | | | |
| 74. College Fund 529 #1 (H) | | | | | | | | | |
| 75. -Capital World Growth & Income Fund Class 529A | A | Dividend | K | T | | | | | |
| 76. -Fundamental Investors Class 529A | C | Dividend | K | T | | | | | |
| 77. -Growth Fund of America Class 529A | C | Dividend | L | T | | | | | |
| 78. -Washington Mutual Investors Fund Class 529A | C | Dividend | L | T | | | | | |
| 79. American Balanced Fund | B | Dividend | L | T | Buy (add'l) | 11/15/19 | J | | |
| 80. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 81. College Fund 529 #2 (H) | | | | | | | | | |
| 82. -Capital World Growth & Income Fund Class 529A | A | Dividend | K | T | | | | | |
| 83. -Fundamental Investors Class 529A | C | Dividend | L | T | | | | | |
| 84. -Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 85. -Growth Fund of America Class 529A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Washington Mutual Investors Fund Class 529A | C | Dividend | L | T | | | | | |
| 87. -American Balanced Fund | B | Dividend | K | T | Buy (add'l) | 11/15/19 | J | | |
| 88. Trust #5 (H) | | | | | | | | | |
| 89. -UBS Bank USA Dep Acct | A | Interest | L | T | | | | | |
| 90. -Ishares Core S and P 500 | C | Dividend | M | T | Buy (add'l) | 01/03/19 | J | | |
| 91. | | | | | Buy (add'l) | 01/23/19 | M | | |
| 92. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 93. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 94. | | | | | Sold (part) | 10/08/19 | J | A | |
| 95. -Ishares Core MSCI EAFE | | None | | | Sold | 01/03/19 | K | | |
| 96. -Ishares Core MSCI Emerging Marketes ETF | B | Dividend | L | T | Sold (part) | 01/03/19 | J | | |
| 97. | | | | | Buy (add'l) | 01/23/19 | K | | |
| 98. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 99. | | | | | Buy (add'l) | 04/25/19 | K | | |
| 100. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 101. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 102. -Ishares IBoxx Invt. Grade Corporate Bond Fund | A | Dividend | | | Sold (part) | 01/23/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 104. | | | | | Sold (part) | 03/12/19 | J | | |
| 105. | | | | | Sold (part) | 04/25/19 | K | A | |
| 106. | | | | | Sold (part) | 07/05/19 | K | B | |
| 107. | | | | | Sold | 10/04/19 | K | B | |
| 108. -Ishares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Buy | 07/05/19 | K | | |
| 109. | | | | | Sold (part) | 10/04/19 | J | A | |
| 110. -Ishares Inter Term Corporate Bond ETF (Name Chg from Int Credit) | B | Dividend | L | T | Buy (add'l) | 01/23/19 | J | | |
| 111. | | | | | Sold (part) | 02/01/19 | K | | |
| 112. | | | | | Sold (part) | 03/12/19 | J | | |
| 113. | | | | | Sold (part) | 10/08/19 | J | A | |
| 114. -American Funds Blackrock Multi Asset | | None | | | Sold | 01/02/19 | L | | |
| 115. -Ishares Short Maturity Bond ETF $.02 | A | Dividend | K | T | Sold (part) | 01/23/19 | K | | |
| 116. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 117. | | | | | Sold (part) | 03/12/19 | J | | |
| 118. | | | | | Sold (part) | 04/25/19 | K | A | |
| 119. | | | | | Sold (part) | 10/04/19 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Funds Washington Mutual Investors Fund Cl A | | None | | | Sold | 01/22/19 | M | F | |
| 121.  -Ishares Global Tech EFT | A | Dividend | K | T | Sold (part) | 01/03/19 | J | | |
| 122. | | | | | Buy (add'l) | 01/23/19 | K | | |
| 123. | | | | | Sold (part) | 04/25/19 | K | C | |
| 124. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 125. | | | | | Sold (part) | 12/27/19 | J | A | |
| 126.  -Ishares US Treasury bond ETF | C | Dividend | M | T | Buy (add'l) | 01/23/19 | K | | |
| 127. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 128. | | | | | Sold (part) | 03/12/19 | J | A | |
| 129. | | | | | Buy (add'l) | 04/25/19 | L | | |
| 130. | | | | | Sold (part) | 07/05/19 | K | A | |
| 131. | | | | | Buy (add'l) | 10/04/19 | K | | |
| 132. | | | | | Sold (part) | 10/08/19 | J | A | |
| 133.  I-shares Edge MSCI USA Momentum Factor ETF | A | Dividend | | | Sold (part) | 01/23/19 | J | A | |
| 134. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 135. | | | | | Sold | 10/04/19 | K | A | |
| 136.  -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Sold (part) | 01/23/19 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 138. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 139. | | | | | Sold (part) | 10/04/19 | J | A | |
| 140. | | | | | Sold (part) | 12/27/19 | K | C | |
| 141. -Ishares JP Morgan USD Emerging Markets Bond ETF | A | Dividend | | | Sold (part) | 03/12/19 | J | | |
| 142. | | | | | Sold | 04/25/19 | K | | |
| 143. Ishares Core S&P Total US Stock Mkt ETF | A | Dividend | K | T | Buy | 01/23/19 | L | | |
| 144. | | | | | Sold (part) | 07/05/19 | K | B | |
| 145. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 146. | | | | | Sold (part) | 10/08/19 | J | A | |
| 147. | | | | | Sold (part) | 12/27/19 | L | D | |
| 148. Ishares Edge MSCI Min Vol EAFE ETF | C | Dividend | L | T | Buy | 01/03/19 | K | | |
| 149. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 150. | | | | | Buy (add'l) | 10/04/19 | J | | |
| 151. | | | | | Sold (part) | 10/08/19 | J | A | |
| 152. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 153. Ishares Edge MSCI USA Quality Factor ETF | A | Dividend | L | T | Buy | 10/04/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 12/27/19 | K | | |
| 155. Ishares MBS ETF | B | Dividend | L | T | Buy | 04/25/19 | K | | |
| 156. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 157. Franklin Inc Adv FBOID | C | Dividend | L | T | Buy | 01/02/19 | L | | |
| 158. Ishares Core S&P 500 Small-Cap ETF DE | A | Dividend | | | Buy | 01/23/19 | J | | |
| 159. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 160. | | | | | Sold | 04/25/19 | J | A | |
| 161. Trust #6 (H) | | | | | | | | | |
| 162. -Amer. Funds Washington Mutual Inv.Fund Class F2 | | None | | | Sold | 01/22/19 | L | D | |
| 163. -American Funds Balanced Fund Class F2 | | None | | | Sold | 01/22/19 | M | E | |
| 164. -American Funds Fundamental Investors Fund Class F2 | | None | | | Sold | 01/22/19 | K | D | |
| 165. -American Funds International Growth and Income Class F2 | | None | | | Sold | 01/22/19 | L | D | |
| 166. -Blackrock Multi Asset Income Portfolia Instl Class | A | Dividend | | | Sold | 01/02/19 | L | | |
| 167. -UBS FDIC Insured Deposit Program Cash Account | A | Interest | K | T | | | | | |
| 168. -Ishares 20+ Year Treasury Bond ETF | A | Dividend | K | T | Buy (add'l) | 07/05/19 | K | | |
| 169. | | | | | Sold (part) | 10/03/19 | J | A | |
| 170. -Ishares Core MSCI EAFE ETF | | None | | | Sold | 01/03/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171.  -Ishares Core MSCI Emerging Markets ETF | B | Dividend | L | T | Sold (part) | 01/03/19 | K | | |
| 172. | | | | | Buy (add'l) | 01/03/19 | K | | |
| 173. | | | | | Buy (add'l) | 01/23/19 | K | | |
| 174. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 175. | | | | | Buy (add'l) | 04/11/19 | K | | |
| 176. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 177. | | | | | Buy (add'l) | 12/27/19 | K | | |
| 178.  -Ishares Core S & P 500 ETF | D | Dividend | N | T | Buy (add'l) | 01/23/19 | M | | |
| 179. | | | | | Sold (part) | 03/12/19 | J | A | |
| 180. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 181. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 182. | | | | | Sold (part) | 12/27/19 | J | B | |
| 183.  -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy (add'l) | 01/23/19 | J | | |
| 184. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 185. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 186. | | | | | Sold (part) | 10/03/19 | J | A | |
| 187. | | | | | Sold (part) | 12/27/19 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Ishares Edge MSCI USA Momentum Factor ETF | A | Dividend | | | Buy (add'l) | 01/23/19 | J | | |
| 189. | | | | | Sold | 10/03/19 | K | C | |
| 190. -Ishares IBOXX $ Investment Grade Corporate Bod ETF | B | Dividend | | | Sold (part) | 01/23/19 | K | | |
| 191. | | | | | Sold (part) | 03/12/19 | J | | |
| 192. | | | | | Sold (part) | 04/11/19 | K | A | |
| 193. | | | | | Sold (part) | 07/05/19 | K | B | |
| 194. | | | | | Sold | 10/03/19 | K | B | |
| 195. -Ishares Int-Term Corporate Bond ETF (Name change from Inter Credit) | C | Dividend | L | T | Sold (part) | 01/23/19 | J | | |
| 196. | | | | | Sold (part) | 03/12/19 | J | | |
| 197. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 198. | | | | | Sold (part) | 10/03/19 | J | A | |
| 199. -Ishares JP Morgan USD Emerging Markets Bond ETF | A | Dividend | | | Buy (add'l) | 03/12/19 | J | | |
| 200. | | | | | Sold | 04/11/19 | L | | |
| 201. -Ishares Global Tech ETF | A | Dividend | K | T | Buy (add'l) | 01/23/19 | K | | |
| 202. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 203. | | | | | Sold (part) | 04/11/19 | K | B | |
| 204. | | | | | Sold (part) | 12/27/19 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Ishares Short Maturity Bond ETF | A | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 206. | | | | | Sold (part) | 03/12/19 | J | | |
| 207. | | | | | Sold (part) | 04/11/19 | K | | |
| 208. | | | | | Sold (part) | 10/03/19 | L | A | |
| 209.  I-shares US Treasury Bond ETF | D | Dividend | M | T | Buy (add'l) | 01/23/19 | L | | |
| 210. | | | | | Sold (part) | 03/12/19 | J | A | |
| 211. | | | | | Buy (add'l) | 04/11/19 | L | | |
| 212. | | | | | Sold (part) | 07/05/19 | K | B | |
| 213. | | | | | Buy (add'l) | 10/03/19 | L | | |
| 214.  The Income fund of America Cl F2 | | None | | | Sold | 01/22/19 | M | E | |
| 215.  Ishares Core S&P Total US Stock Mkt ETF | A | Dividend | K | T | Buy | 01/23/19 | M | | |
| 216. | | | | | Sold (part) | 03/12/19 | J | A | |
| 217. | | | | | Sold (part) | 07/05/19 | K | B | |
| 218. | | | | | Sold (part) | 12/27/19 | L | D | |
| 219.  Ishares Edge MSCI Min Vol EAFE ETF | C | Dividend | M | T | Buy | 01/03/19 | M | | |
| 220. | | | | | Sold (part) | 01/23/19 | J | A | |
| 221. | | | | | Sold (part) | 03/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 223. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 224.  Ishare Edge MSCI USA Risk Weighted Index Fund ETF | A | Dividend | L | T | Buy | 12/27/19 | L | | |
| 225.  Ishares Edge MSCI USA Quality Factor ETF | A | Dividend | L | T | Buy | 10/03/19 | K | | |
| 226. | | | | | Buy (add'l) | 12/27/19 | K | | |
| 227.  Ishares MBS ETF | B | Dividend | L | T | Buy | 04/11/19 | K | | |
| 228. | | | | | Buy (add'l) | 07/05/19 | K | | |
| 229. | | | | | Sold (part) | 10/03/19 | J | A | |
| 230.  Franklin Inc Adv | D | Dividend | M | T | Buy | 01/02/19 | L | | |
| 231.  Ishares Core S&P Small-Cap ETF DE | A | Dividend | | | Buy | 01/23/19 | K | | |
| 232. | | | | | Sold | 04/11/19 | K | A | |
| 233.  IRA #6 (H) | | | | | | | | | |
| 234.  -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 235.  -American Funds New Perspective Fund Cl A | | None | | | Sold | 08/27/19 | M | D | |
| 236.  -American Funds Washington Mutual Investors Fund Cl A | C | Dividend | | | Sold | 08/27/19 | M | D | |
| 237.  -American Funds Capital World Growth & Income Fund | A | Dividend | | | Sold | 08/27/19 | L | C | |
| 238.  -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -American Funds American Balanced Fund Cl A | B | Dividend | M | T | | | | | |
| 240. -American Funds Income Fund of America Cl A | D | Dividend | N | T | Buy (add'l) | 08/27/19 | M | | |
| 241. American Funds Capital Income Builder Fund CL A | D | Dividend | N | T | Buy | 08/27/19 | L | | |
| 242. | | | | | Buy (add'l) | 08/27/19 | M | | |
| 243. IRA # 7 (H) | | | | | | | | | |
| 244. -UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 245. -American Funds Capital World Growth & Income Fund | C | Dividend | | | Sold | 08/27/19 | M | D | |
| 246. -American Funds New Perspective Fund Cl A | | None | | | Sold | 08/27/19 | M | E | |
| 247. -American Funds Washington Mutual Investors Fund Cl A | D | Dividend | | | Sold | 08/27/19 | N | E | |
| 248. -American Funds Global Balanced Fund A(X) | C | Dividend | M | T | | | | | |
| 249. -American Funds American Balanced Fund Cl A(X) | D | Dividend | N | T | | | | | |
| 250. -American Funds Income Fund of America Cl A(X) | E | Dividend | O | T | Buy (add'l) | 08/27/19 | M | | |
| 251. American Funds Capital Income Builder Fund CL A | E | Dividend | O | T | Buy | 08/27/19 | M | | |
| 252. | | | | | Buy (add'l) | 08/27/19 | N | | |
| 253. IRA #4 (H) | | | | | | | | | |
| 254. -UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 255. -Invesco Equally-Weighted S&P 500 Fund | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -MFS Growth Fund | D | Dividend | N | T | | | | | |
| 257. JP Morgan Equity Income Fund Class I | D | Dividend | N | T | | | | | See part VIII - Note 2. |
| 258. IRA #9 (H) | | | | | | | | | |
| 259. -UBS Bank USA Dep Acct | A | Interest | K | T | Distributed (part) | 01/17/19 | K | | |
| 260. | | | | | Distributed (part) | 03/03/19 | J | | |
| 261. | | | | | Distributed (part) | 04/22/19 | J | | |
| 262. | | | | | Distributed (part) | 08/21/19 | K | | |
| 263. | | | | | Distributed (part) | 09/12/19 | K | | |
| 264. | | | | | Distributed (part) | 12/23/19 | K | | |
| 265. -Ishares Russell 1000 EFT | C | Dividend | M | T | | | | | |
| 266. -American Funds Capital Income Builder Fund CL A | E | Dividend | O | T | Buy (add'l) | 08/27/19 | M | | |
| 267. -American Funds American Washington Mutual Fund Cl A | C | Dividend | | | Sold | 08/27/19 | M | E | |
| 268. -American Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 269. -American Funds American Balanced Fund Cl A | D | Dividend | O | T | | | | | |
| 270. -American Funds Capital World Growth & Income Fund | B | Dividend | | | Sold | 08/27/19 | M | D | |
| 271. -American Funds Income Fund of America | E | Dividend | O | T | Buy (add'l) | 08/27/19 | M | | |
| 272. Goldman Sachs Bank NY 01.35% | A | Interest | | | Buy | 01/22/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Redeemed | 03/04/19 | K | A | |
| 274. UBS Select Prime Investor Fund | A | Dividend | | | Buy | 03/07/19 | K | | |
| 275. | | | | | Sold | 09/12/19 | K | | |
| 276. Brokerage #1 (H) | | | | | Closed | | | | See Section VIII: Note 4. |
| 277. IRA #10 (H) | | | | | | | | | |
| 278. -Federal Money Mkt Fnd | A | Dividend | J | T | | | | | |
| 279. -Total Stock Mkt IDX Adm | B | Dividend | L | T | | | | | |
| 280. Brokerage #2 (H) | | | | | | | | | |
| 281. -Federal Money Mkt Fund | A | Dividend | K | T | | | | | |
| 282. -Vanguard Municipal Money Mkt Fund (VMSXX) | A | Dividend | J | T | | | | | |
| 283. -Vanguard Treasury Money Market (VUSXX) | A | Dividend | J | T | | | | | |
| 284. IRA #11 (H) | | | | | | | | | |
| 285. -Vanguard Dividend Growth Fund (VDIGX) | D | Dividend | M | T | | | | | |
| 286. -Federal Money Mkt Fnd | A | Dividend | J | T | | | | | |
| 287. -GNMA Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 288. -Short-Term Invest Gr Adm | A | Dividend | J | T | Distributed (part) | 06/13/19 | J | | |
| 289. -STerm Inf Pro Sec Idx Adm | A | Dividend | K | T | Distributed (part) | 05/09/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Distributed (part) | 06/13/19 | K | | |
| 291. -Vanguard Treasury Money Market (VUSXX) | A | Dividend | J | T | | | | | |
| 292. -Wellesley Income Fund Adm | B | Dividend | K | T | | | | | |
| 293. PRIMECAP Core Fund | C | Dividend | L | T | | | | | |
| 294. International Growth Inv. | A | Dividend | K | T | | | | | |
| 295. -PRIMECAP Fund Admiral | C | Dividend | L | T | | | | | |
| 296. -Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 297. -Artisan Intl Investor CL | A | Dividend | K | T | | | | | |
| 298. -FPA Crescent | A | Dividend | K | T | | | | | |
| 299. -Vanguard Dividend Appreciation ETF | A | Dividend | K | T | | | | | |
| 300. -Schwab US Dividend Equity | A | Dividend | J | T | | | | | |
| 301. Brokerage #3 (H) | | | | | | | | | |
| 302. -Fidelity Government Money Market | A | Int./Div. | K | T | | | | | |
| 303. -Peoples UTD Finl Inc Com(formerly United Finl Bancorp Inc Md Com ) | A | Dividend | J | T | | | | | |
| 304. -MFS Utilities Class A | B | Dividend | K | T | | | | | |
| 305. -Fidelity Mass Muni Money Market | A | Dividend | J | T | | | | | |
| 306. IRA #12 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Vanguard Specialized Funds Div App ETF | C | Dividend | M | T | | | | | |
| 308. - Vanguard Consumer Staples Vipers | A | Dividend | K | T | | | | | |
| 309. -Vanguard Utils Vipers | A | Dividend | J | T | | | | | |
| 310. -Oakmark Fund Investor Class | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 311. -Invesco Oppenheimers Steel Path MLP Income Cl Y | A | Dividend | J | T | | | | | See Part VIII, Note 1 |
| 312. -SPDR Gold Tr Gold SHS | | None | J | T | Buy (add'l) | 08/14/19 | J | | |
| 313. -Cohen & Steers Realty Shares | B | Dividend | J | T | Buy (add'l) | 12/18/19 | J | | |
| 314. -ARK ETF TR Innovation ETF | A | Dividend | J | T | | | | | |
| 315. -ETF Managers TR AI Powered | A | Dividend | J | T | | | | | |
| 316. -Berkshire Hathaway Inc - Cost | A | Int./Div. | J | T | | | | | |
| 317. -Fidelity Government Money Market | B | Dividend | K | T | | | | | |
| 318. -WCM Focused Intl Growth Fund Investor | | None | J | T | Buy | 12/18/19 | J | | |
| 319. -Schwab Strategic TR US Dividend Equity (SCHD) | A | Dividend | J | T | Buy | 07/03/19 | L | | |
| 320. -Select Sector SPDR Trust AMEX Financial | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 321. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 322. -Select Sector SPDR Trust Technology (XLK) | A | Dividend | K | T | Buy | 03/14/19 | J | | |
| 323. | | | | | Buy (add'l) | 12/19/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Wisdomtree TR US Total Dividend (DTD) | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 325. -Wisdomtree TR US Largecap Divd (DLN) | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 326. -Abderdeen STD Gold ETF Tr Physcl (SGOL) | | None | J | T | Buy | 08/14/19 | J | | |
| 327. -Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy | 03/05/19 | J | | |
| 328. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 329. IRA #13 (H) | | | | | | | | | |
| 330. -Berkshire Hathaway Inc Del Cl B | | None | M | T | Sold (part) | 04/15/19 | L | | |
| 331. | | | | | Sold (part) | 04/15/19 | L | | |
| 332. -BHP Billiton Limited ADR Each Rep 2 Ord | A | Dividend | J | T | | | | | |
| 333. -IShares Silver Tr Ishares | | None | K | T | Buy (add'l) | 08/14/19 | J | | |
| 334. -Ishares Russell Midcap | B | Dividend | L | T | | | | | |
| 335. -Ishares Core S&P Small Cap EFT | A | Dividend | K | T | Sold (part) | 10/16/19 | K | D | |
| 336. -Powershares QQQ Tr Unit Ser | A | Dividend | M | T | | | | | |
| 337. -SPDR Gold Tr Gold SHS | | None | L | T | Buy (add'l) | 08/14/19 | J | | |
| 338. -Fidelity Contrafund | | None | K | T | | | | | |
| 339. -Fidelity Low Priced Stock | A | Dividend | K | T | Sold (part) | 10/15/19 | L | E | |
| 340. -Pimco All Asset Fund Class A (Converted from Class D) | A | Dividend | K | T | Sold (part) | 06/17/19 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -Fidelity Treasury Only Money Market Fd | A | Dividend | J | T | | | | | |
| 342. -Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 343. Bank Account #1 - Bank of America | A | Interest | J | T | | | | | |
| 344. Bank Account #3 - Bank of America | A | Interest | L | T | | | | | |
| 345. Bank Account #2 - JPMorgan Chase | | None | | | Closed | 01/01/19 | J | | |
| 346. IRA #14 (H) | | | | | | | | | |
| 347. -Amer. Funds Growth Fund of America Class A | | None | | | | | | | See Part VIII - Note 3. |
| 348. -Amer. Funds New Perspective Fund | | None | | | Sold | 08/27/19 | M | E | |
| 349. -Amer. Funds Washington Mutual InvesFund. Cl A | C | Dividend | | | Sold | 08/27/19 | M | A | |
| 350. -Amer. Funds Global Balanced Fund A | C | Dividend | M | T | | | | | |
| 351. -Amer. Funds American Balanced Fund Cl. A | B | Dividend | M | T | | | | | |
| 352. -Amer. Funds Capital World Growth & Income | A | Dividend | | | Sold | 08/27/19 | L | A | |
| 353. -Amer. Funds Income Fund of America Cl A | D | Dividend | N | T | Buy (add'l) | 08/27/19 | M | | |
| 354. American Funds Capital Income Builder Fund CL A | D | Dividend | N | T | Buy | 08/27/19 | L | | |
| 355. | | | | | Buy (add'l) | 08/27/19 | M | | |
| 356. Brokerage #4 (H) | | | | | | | | | |
| 357. -WisdomTree US Total Divid FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. WisdomTree US L/C Divid FD | A | Dividend | J | T | | | | | |
| 359. -ML Direct Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rovner, Ilana D.** | 06/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: The security was previously named Oppenheimers Steel Path MLP Income CI Y but due to a name change is now named Invesco Oppenheimers Steel Path MLP Income CI Y.

Note 2: The security was inadvertently omitted from the 2018 report and is now disclosed going forward.

Note 3: The security was disposed of during 2018 and was unintentionally included in the report.
.
Note 4: The account was closed in 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544